■ GEORGE A. FULLER COMPANY v. FISCHBACH & MOORE, INC.— Motion for leave to reargue submission of controversy or for leave to appeal to the

846

Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.